UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Jose A. & Nancy C PEREZ

    Plaintiffs

Vs

Xavier Becerra in his official capacity as
Secretary of Health and Human Services and
The Department of Health and Human Services

    Defendants.

_____/

**Case: 1:21−cv−02039**
**Assigned To : McFadden, Trevor N.**
**Assign. Date : 7/20/2021**
**Description: Pro se Gen Civ (F−DECK)**

## COMPLAINT FOR DECLARATORY
## JUDGMENT AND INJUNCTIVE RELIEF

## PRELIMINARY STATEMENT

The Defendants claim  that a pandemic caused by the SARS COV2 virus has

been ongoing since January 2020. The Defendants also alleged that as of

July 11th, 2021,  604, 596 individuals have died in the US of covid19. They also

claim that as of the same date there have been 33, 659, 975 cases. In order to

further emphasize the urgency of the matter they are sending federal agents to

knock on doors  trying to convince Americans that they must vaccinate.

The Plaintiffs seek a legal determination that : (a) the  defendants have the

constitutional authority to declare pandemics or public health emergencies ; (b) the

executive branch has the Constitutional authority to mandate vaccinations  or

coerce the use thereof and that the figures they are providing comply with the congressionally mandated   Paperwork Reduction Act (PRA) and the Information Quality Act (IQA).

If the Defendants have the Constitutional authority to compel or coerce vaccinations then Plaintiffs seek an Order compelling the Defendants  to  (1) vaccinate  The  Perez' with the  Bacille Calmette-Guerin (BCG) vaccine  and (2) to thereafter issue  CDC approved covid19 vaccination record cards.

## JURISDICTION AND VENUE

The case presents a federal question within this Court's jurisdiction under Article III, § 2 of the United States Constitution and 28 U.S.C. §§ 1331 and 1343 and directly under the Fifth Amendment .

Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

Jurisdiction is also invoked pursuant to 5 USC 702 and 28 USC 1367.

Venue is proper in this Court under 28 U.S.C. § 1391 because the parties reside in this District, and a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

Jose A. Perez is a retired Physician Assistant who worked in infectious diseases and  resides in South Carolina.

Nancy C Perez is a retired nurse who resides in South Carolina.

Defendant Xavier Becerra is the Secretary of the US Health and Human Services

The Department of Health and Human Services    is a cabinet level agency whose mission  is to enhance the health and well-being of all Americans, by providing for effective health and human services and by fostering sound, sustained advances in the sciences underlying medicine, public health, and social services.

## STATEMENT OF FACTS

**1-** The Defendants have been claiming that a pandemic caused by the SARS COV2 virus has been ongoing since January 2020.

**2-** The Defendants claim that as of July 11th, 2021,  604, 596 individuals have died in the US of covid19. They also claim that as of the same date there have been 33, 659, 975 cases.

**3-** Unfortunately on March 24,2020 the CDC decided to ignore the Congressionally mandated  Paperwork Reduction Act (PRA) and the Information Quality Act (IQA)[1].  Those statutes  requires that Data being collected, analyzed, and published by any federal agency is required to meet the highest standards for accuracy, quality, objectivity, utility, and integrity

---

[1] https://cf5e727d-d02d-4d71-89ff-9fe2d3ad957f.filesusr.com/ugd/adf864_411c766e79174b17b8911fcae08722b1.pdf

as defined by the PRA,  IQA, as well as additional guidelines issued by the Office of Management and Budget[2].

**4-** According to CBS investigative Reporter Sharyl Attkinson the CDC has lied in the past about viral related  deaths and new cases[3]. Ms Attkisson, is a five-time Emmy Award winner and recipient of the Edward R. Murrow award for investigative reporting[4].

**5-** According to The Atlantic magazine the CDC is still lying about covid19 figures[5].

**6-**  Consequently , the Perez have no idea if the data being released by the CDC is accurate.

**7-**  The Defendants have decided that in order to emphasize the alleged urgency of the matter it is  sending federal agents  to knock on doors  trying to convince Americans that they must vaccinate.

**8-** By Letter dated May 21st, 2021 the Perez' requested that the Defendants provide  the relief sought herein . They failed or refused to  respond..

---

[2] Ibid

[3] https://sharylattkisson.com/2020/02/the-swine-flu-epidemic-that-was-not-as-cdc-advertised-podcast/

[4] http://aaapg.net/2017-04-09_sharyl-attkisson_full-measure-logo-portrait/

[5] The CDC and States Are Misreporting COVID-19 Test Data - The Atlantic

**9-** The Constitution has no specifically enumerated clause authorizing

congress to declare "public health emergencies" nor to force citizens to

vaccinate ;

**10-** The constitution has never been amended to authorize that

Constitutional rights be circumvented or transgressed upon because of a

public health emergency or "pandemic:

**11-** The Constitution has never been amended in order to authorize

congress to enact 42 U.S.C. 247d;

**12-** The term "pandemic" has never been defined by the legislature;

**13-** Given the extremely low fatality rate[6] the Perez would prefer not to

vaccinate . But The Defendants anti covid19 campaign has been so intense

that the same has  had coercive effect upon the Perez' right to refuse

unwanted medical treatment. Many merchants and government entities

demand that the Perez' produce a "covid19 vaccination passports" in order

to enter their facilities.

**14-** The CDC – VAERS website[7] reports that  from December 14th , 2020

through July 12th, 2021 it received 6, 079 reports of deaths caused by the

covid19 vaccination;

---

[6] https://link.springer.com/article/10.1007%2Fs10654-020-00698-1

[7] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/adverse-events.html

**15-**     The CDC-VAERS website states  that as of July 12, 2021, VAERS has received 1,047 reports of myocarditis or pericarditis[8]  caused by the covid19 vaccination;

**16-**     The CDC – VAERS reports that 100 reports of individuals whose immune system was damaged by a condition known as Guillain-Barre Syndrome after receiving    the covid19 vaccination;

**17-**              [9]The CDC-VAERS system reports that there are 38 confirmed cases of the life-threatening condition known as thrombosis with thrombocytopenia    after receiving the covid19 vaccination [10]

**18-**     The Food and Drug Administration (FDA) defines "gene therapy" as  any therapy which seeks to modify or manipulate the expression of a gene or to alter the biological properties of living cells for therapeutic use[11].

**19-**     The vaccinators (Moderna, Johnson & Johnson's Janssen, Pfizer-BioNTech) define the covid19 vaccination as a therapeutic intervention which seeks to modify or manipulate the expression of mRNA and DNA genes[12]

---

[8] Ibid
[9] Ibid
[10] Ibid
[11] https://www.fda.gov/vaccines-blood-biologics/cellular-gene-therapy-products/what-gene-therapy#footnote

[12] https://www.modernatx.com/mrna-technology/science-and-fundamentals-mrna-technology

**20-**     The National Library of Science (NLS) defines Gene Therapy as "**an experimental technique that uses genes to treat or prevent disease**".[13] But , the NLS cautions that while "gene therapy is a promising treatment option **the technique remains risky and is still under study to make sure that it will be safe and effective**[14].

**21-**     The Perez have concluded that concerning the covid19 vaccination, given its experimental nature , novelty , potential for mortality and morbidity  that they would prefer not to be vaccinated using mRNA vaccines.

**22-**     The World Health Organization (WHO) describes  Bacille Calmette-Guerin Vaccine (BCG)  as a vaccine which has been in used for over 100 years and is so safe that is given to newborns.[15]

**23-**     The National Institute of Health published a study which concluded that "Mandated Bacillus Calmette-Guerin(BCG) vaccination predicts

---

[13] https://medlineplus.gov/genetics/understanding/therapy/genetherapy/

[14] Ibid
[15] https://cdn.who.int/media/docs/default-source/global-vaccine-safety/bcg-vaccine-rates-information-sheet.pdf

flattened curves for the spread of covid-19"[16] Countries in which BCG is mandatory register far fewer covid19 deaths[17].

24-    The nation of Burundi uses BCG to vaccinate its people[18]. The World Health Organization (WHO) reports that in Burundi , from January 3rd, 2020 until July 15th, 2021 there have been just **8 deaths** from covid19[19]

25-    The United Republic of Tanzania also uses BCG to vaccinate its people[20] . According to WHO there have been **21 deaths** in Tanzania[21].

26-    Portugal also uses the BCG vaccine [22] and only **152 of its citizens have died of covid19**[23]

27-    A dose of BCG costs 16 cents ($0.16) [24]

---

[16] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7457335/

[17] Countries with Mandatory Policies to BCG Vaccine Register Fewer Coronavirus Deaths - Novinite.com - Sofia News Agency

[18] Direct BCG vaccination in Burundi, Dahomey and Mauritania. A study of local complications - PubMed (nih.gov)

[19] Burundi: WHO Coronavirus Disease (COVID-19) Dashboard With Vaccination Data | WHO Coronavirus (COVID-19) Dashboard With Vaccination Data .

[20] B.C.G. mass vaccination in Tanzania tuberculin allergy--conversion and waning rate - PubMed (nih.gov)

[21] Tanzania COVID: 509 Cases and 21 Deaths - Worldometer (worldometers.info)

[22] Countries with Mandatory Policies to BCG Vaccine Register Fewer Coronavirus Deaths - Novinite.com - Sofia News Agency

[23] Shocker: Lisbon court rules that only 0.9% of 'verified cases' attributed to COVID in Portugal actually died of it - American Thinker

[24] https://www.unicef.org/supply/media/8136/file/BCG-vaccines-prices-27052021.pdf

## CAUSES OF ACTION

**28-**    The Plaintiffs restate and incorporate by reference the allegations

contained in the preceding paragraphs of this complaint

**29-**    The Defendants anti covid19 campaign has been so intense that the

same has had coercive effect upon the Perez' right to refuse unwanted

medical treatment. Many merchants and government entities demand that

the Perez' produce a "covid19 vaccination passports" in order to enter their

facilities.

**30-**    The presence of Federal agents in the Perez' neighborhood claiming

that the Perez have not been vaccinated will transgress upon The Perez'

federal right to privacy;

**31-**    The merchants and government entities demands that the Perez'

produce a "covid19 vaccination passports" in order to enter their facilities

also violate the Perez' right to privacy.

**32-**    Coercing the Perez' to vaccinate also violate their South Carolina

Liberty right to be free of unwanted medical intrusions, Health Care

Consent Act (Consent Act), S.C. Code Ann. § 44-66-10 et seq. (Supp.2001).

**33-**    Mandating and/or Coercing the Perez' to vaccinate transgress upon

the Perez' rights to, inter alia, self defense, to stand their ground, to due

process of law , to privacy , to informed consents.

9

Wherefore the Perez seeks a Declaratory Judgment

(a) that the Defendants have the authority to declare Public Health
Emergencies and/or "pandemics";

(b) that the Defendants can force the Perez to vaccinate either directly or by
extraordinarily influencing the media through intense warnings

(c) that the defendants be required to recalculate deaths and new cases using the
congressionally mandated Paperwork Reduction Act (PRA) and the
Information Quality Act (IQA). The Department of Health and Human
Services  is a cabinet level agency whose mission  is to enhance the health
and well-being of all Americans, by providing for effective health and
human services and by fostering sound, sustained advances in the sciences
underlying medicine, public health, and social services. Inaccurate
information defeats their stated mission.

(d) Once they have proven to the court that it has the authority and the scientific
/medical basis for requiring the Perez' to vaccinate that they be compelled
to vaccinate the Perez using BCG and to thereafter issue  CDC covid19
vaccination records.

Respectfully Submitted

Jose A. Perez

10

_____

Nancy C Perez
713 E Greenville St – D220
Anderson SC 29621
347-552-2881